IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2023 OCT -5 P 2:40
DEPUTY CLERK

William John Crandall

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Kennebec Behavioral Health
United States Social Security
KBH Representive Payee Carina

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William John Crandall |
| Street Address | 179 Corporate Drive 23 |
| City and County | Bangor – Penobscot |
| State and Zip Code | Maine 04401 |
| Telephone Number | 207 694 9235 |
| E-mail Address | williamlovesalice59@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kennebec Behavioral Health |
| Job or Title (if known) | Mental Health Services |
| Street Address | 67 Eustis Pkwy |
| City and County | Waterville – Kennebec |
| State and Zip Code | Maine – 04901 |
| Telephone Number | 888 322 2136 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Employee KBH Carina |
| Job or Title (if known) | Representative payee |
| Street Address | 67 Eustis Pkwy |
| City and County | Waterville – Kennebec |

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Intent to Harm Title 18 USC Sections 241, 242 + 245
Elderly Abuse Exploitation Title 22 Part 243
IIED Hyatt 943 S.W 2d at 297

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* William J Crandall, is a citizen of the State of *(name)* Maine.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Cerina, is a citizen of the State of *(name)* Maine. Or is a citizen of *(foreign nation)* USA.

State and Zip Code  Maine - 04901
Telephone Number   888 322 2136
E-mail Address
(if known)

Defendant No. 3

Name               United States Social Security Admn
Job or Title       Social Security Administration
(if known)
Street Address     202 Harlow St
City and County    Bangor - Penobscot
State and Zip Code Maine - 04401
Telephone Number   877 405 1448
E-mail Address
(if known)

Defendant No. 4

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

b. If the defendant is a corporation

The defendant, *(name)* Kennebec Behavioral Health, is incorporated under the laws of the State of *(name)* Maine, and has its principal place of business in the State of *(name)* Maine. *Or* is incorporated under the laws of *(foreign nation)* USA, and has its principal place of business in *(name)* Waterville Maine

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Kennebec Behavioral Health is keeping me from employment and royalties checks in projected Covid sales to exceed $300,000,000. annually

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am being denied my disability check which would allow me to proceed to manufacturing of my Covids inventions and my Book publications in excess of projected sales to exceed $300,000,000.00 annually The perpetration has been ongoing monthly since December 1, 2022, my rights have been violated by denial of civil rights associated with my own personal representative payee.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Looking for $30 million dollars each defendant in lost Income and wages.

V. **Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept 29, 2023

Signature of Plaintiff _William J Crandall_

Printed Name of Plaintiff _William John Crandall_