UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WILLIAM JOHN CRANDALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-cv-00381-JAW |
| | ) | |
| KENNEBEC BEHAVIORAL HEALTH et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision dated October 11, 2023 (ECF No. 5), the Recommended Decision is affirmed after an independent review of its findings.

Accordingly, it is hereby ORDERED that the Plaintiff William John Crandall's Complaint (ECF No. 1) is DISMISSED without prejudice for failure to state a claim on which relief may be granted, as required by 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2023